# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand twenty-four.

Before: Maria Araújo Kahn,
*Circuit Judge.*

---

Mark Nunez, Rodney Brye, Jose Degros, Shameik Smallwood, Clifford Sewell, Travis Woods, Sonny Ortiz, Christopher Graham, AKA Ugg, Leslie Pickering, Keith Bacote, Ralph Nunez, Oscars Sanders,

Plaintiff,

Ronald Colson,

Interested Party - Appellant.

v.

City of New York,

Defendant – Appellee.

---

**ORDER**

Docket No. 24-3055

Appellant moves to expedite the appeal.

IT IS HEREBY ORDERED that the motion is DENIED without prejudice to renewal should the circumstances change regarding the underlying dispositive motion and trial date.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe