# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-five.

Before: Maria Araújo Kahn,
*Circuit Judge.*

---

Mark Nunez, et al.,,

Plaintiff,

Ronald Colson,

Interested Party - Appellant.

v.

City of New York,

Defendant - Appellee,

New York City Department of Corrections,

Defendant.

---

**ORDER**

Docket No. 24-3055

Appellant moves to expedite the appeal. The Appellee opposes the motion.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant is directed to file his brief by February 7, 2025, the Appellee is directed to file the response brief by February 21, 2025, and the Appellant is directed to file any reply brief by February 28, 2025. The Clerk of Court is directed to schedule the matter for oral argument as early as the beginning of March 2025, subject to the approval of the Presiding Judge.

The Appellee's motion to dismiss the appeal is REFERRED to the panel that will determine the merits of the appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

