# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-five.

Present:

John M. Walker, Jr.,
Richard C. Wesley,
Joseph F. Bianco,
*Circuit Judges*.

---

**ORDER**
Docket No. 24-3055-pr

Mark Nunez, Rodney Brye, Jose Degros,
Shameik Smallwood, Clifford Sewell,
Travis Woods, Sonny Ortiz,
Christopher Graham, AKA Ugg,
Leslie Pickering, Keith Bacote,
Ralph Nunez, Oscars Sanders,

*Plaintiffs*,

Ronald Colson,

*Interested Party-Appellant*,

v.

City of New York,

*Defendant-Appellee*,

New York City Department of Corrections,

*Defendant*.

---

**IT IS HEREBY ORDERED** that, in light of Appellee's Rule 28(j) letter notifying the Court that the jury trial in *Colson v. Mingo*, No. 18-cv-2765 (JGLC) resulted in a verdict in defendants' favor on Colson's remaining claims against the individual defendants, both parties shall file letters addressing whether this appeal should be dismissed as moot. *See* Appellee's Br. at 4 ("Colson has never disputed that testimony of a member of the monitoring team would only be relevant to his *Monell* claim . . . ."); *Anilao v. Spota*, 27 F.4th 855, 874 (2d Cir. 2022) ("[A] *Monell* claim cannot succeed without an independent constitutional violation."). The letters, of no more than five pages, shall be filed on or before April 15, 2025.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court